UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEIDRE GRANT                                    CIVIL ACTION
O/B/O C.L.P.

VERSUS                                          NUMBER: 12-1306

CAROLYN W. COLVIN, ACTING                       SECTION: "S"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION


                        O R D E R

     The Court, having considered the motions, the record, the
applicable law, the Magistrate Judge's Report and Recommendation,
and the failure of the parties to file any objections to the
Magistrate Judge's Report and Recommendation, hereby approves the
Magistrate Judge's Report and Recommendation and adopts it as the
Court's opinion herein.

     Accordingly,

     **IT IS ORDERED** that plaintiff's motion for summary judgment is
**GRANTED**, that defendant's motion for summary judgment is **DENIED**,
and that the case is remanded to the Commissioner for an award of
benefits.

     New Orleans, Louisiana, this 22nd day of _____July_____,
2013.

                              _____
                              UNITED STATES DISTRICT JUDGE